# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
# AT NASHVILLE

## GREGORY ALLEN CATHEY v. STATE OF TENNESSEE

### Circuit Court for Rutherford County
### No. 56674

### No. M2009-01123-CCA-R3-PC - Filed November 4, 2009

### ORDER DENYING PETITION FOR REHEARING

The Petitioner has filed a petition asking this court to reconsider our previous opinion in which we concluded that the trial court did not err by dismissing his petition for post-conviction relief as time-barred.

In our view, the Petitioner has not stated sufficient grounds establishing that due process should toll the application of the one-year statute of limitations.

The petition for rehearing is denied.

Per Curiam
(Welles, Smith, Wedemeyer)